UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| STEVEN HOLLOWAY and JOSEPH CHARLIE DIAZ,<br><br>                     Plaintiffs,<br><br>vs.<br><br>INTERNAL REVENUE SERVICE, CHARLIE DIAZ TRUST W/ SHOSHONE-BANNOCK TRIBAL COUNCIL, UTAH DEPARTMENT OF CORRECTIONS, et al.,<br><br>                     Defendants. | Case No. 4:23-cv-00513-DCN<br><br>**INITIAL REVIEW ORDER BY SCREENING JUDGE** |

This Complaint appears identical to Plaintiffs' Complaint filed on the same date in Case No. 4:23-CV-00510-DCN ("Case 510"). Therefore, **IT IS ORDERED** that this case is DISMISSED without prejudice, and the pending Motions (Dkts. 1, 4) are DENIED as MOOT. If there are any claims included in this case that are not already included in Case 510, those claims may be amended into that case by including the claims in the amendment required in that case.

DATED: February 1, 2024

_____

David C. Nye
Chief U.S. District Court Judge

INITIAL REVIEW ORDER BY SCREENING JUDGE - 1